UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KERRY WOLONGEVICZ,

                Plaintiff,

v.

TOWN OF MANLIUS; MANLIUS POLICE DEPARTMENT;
VILLAGE OF MANLIUS; MANLIUS FIRE DEPARTMENT;
CAPTAIN KEVIN SCHAFER; CHIEF PINSKY;
CHIEF OF POLICE FRANCIS MARLOW; INVESTIGATOR
JAMES GALLUP; OFFICER ROSS CARNIE; CAPTAIN
JEFF PECKINS; SGT. CHRISTOPHER CUSHMAN;
BENJAMIN SCHMID; JOHN DOE(S) and JANE DOE(S),

                Defendants.

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41**

Case No: 5:17-CV-933 (BKS/DEP)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued **on the merits, with prejudice**, without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: September 21, 2020

BOSMAN LAW FIRM, LLC

By: /s/ A.J. Bosman
A.J. Bosman, Esq.
*Attorneys for Plaintiff Kerry Wolongevicz*
3000 McConnellsville Road
Blossvale, New York 13308
(315) 820-4417

BURDEN, HAFNER & HANSEN, LLC

By: /s/ Sarah E. Hansen
Sarah E. Hansen, Esq.
*Attorneys for Defendants Town of Manlius, Manlius Police Department, Captain Kevin Schafer, Chief of Police Francis Marlowe (incorrectly named as Francis Marlow), Investigator James Gallup, Officer Ross Carnie, Captain Jeff Peckins, and Sgt. Christopher Cushman*
605 Brisbane Building
403 Main Street
Buffalo, New York 14203
(716) 849-6800

KENNEY SHELTON LIPTAK NOWAK, LLP

By: /s/ David H. Walsh, IV
David H. Walsh, IV, Esq.
*Attorneys for Village of Manlius*
4615 North Street
Jamesville, New York 13078
(315) 492-3000

LITTLER MENDELSON, P.C.

By: /s/ Abigail
Jacqueline Phipps Polito, Esq.
Abigail L. Giarrusso, Esq.
*Attorneys for Manlius Fire Department, Chief Pinsky and Benjamin Schmid*
375 Woodcliff Drive, 2nd Floor
Fairport, NY 14450
(585) 203-3400

**IT IS SO ORDERED:**

/s/ Brenda K. Sannes

**Brenda K. Sannes**
**U.S. District Judge**

**Dated:** 10/2/2020
Syracuse, NY